The relief described hereinbelow is SO ORDERED.

Signed June 21, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-60393 |
| | § | |
| MICHEAL EDWARD BARBIN AND | § | |
| SIMONE CHRISTEL BARBIN | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
(Ashley Furniture/Wells Fargo)

Before the Court is the Debtors' Motion to Redeem Personal Property from Ashley Furniture (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem Two Dressers (the "Furniture") purchased from Ashley Furniture and financed through Wells Fargo by paying to Wells Fargo the value of the Furniture, which

one of the Debtors asserts in his affidavit is now worth $100.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Furniture, which is the subject of the Motion, may be redeemed by Debtors for the sum of $100.00, as long as the Debtors pay this amount to Wells Fargo within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: *Erin B. Shank*
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS

F:\Server Documents\4368 Barbin\Order Granting Motion to Redeem Ashley Furniture.wpd